In the Matter of the Application of JOHN B. WEBSTER, Appellant, for the Resubmission of Local Option Questions to the Electors of the Town of Hanover.

· THE STATE COMMISSIONER OF EXCISE, Respondent.

*Matter of Webster*, 113 App. Div. 888, affirmed.
(Argued October 2, 1906; decided October 16, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 2, 1906, which affirmed an order of the Chautauqua County Court denying the application herein.

*E. C. Randall* for appellant.

*Daniel A. Reed* and *Royal R. Scott* for respondent.

Order affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.